

## UNITED STATES DISTRICT COURT
## SOUTHERN OF NEW YORK

United Specialty Insurance Company

Civil Action No. 1:18-cv-03083

Plaintiff(s)

**AFFIDAVIT OF SERVICE**

v.

Lux Maintenance & Ren. Corp., et al.,

Defendant(s)

-----------------------------------------------------------/

STATE OF NEW YORK   )
                                          S.S.
COUNTY OF NEW YORK)

      **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

      That on the 20th day of April, 2018, at approximately the time of 10:11am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT IN DECLARATORY JUDGMENT AND CIVIL COVER SHEET** upon **MANHATTAN EYE EAR & THROAT HOSPITAL,** c/o LENOX HILL HOSPITAL at 100 E. 77th Street, New York, NY 10075 by personally delivering and leaving the same with **ELISE ELLIOTT,** who informed deponent that she holds the position of Executive Assistant with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**ELISE ELLIOTT** is a black female, approximately 30 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 150 pounds with black hair and brown eyes.

HECTOR FIGUEROA, #0870141

Sworn to before me this
24th day of April, 2018

NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com