

## *UNITED STATES DISTRICT COURT*
## *SOUTHERN OF NEW YORK*

United Specialty Insurance Company

       Plaintiff(s)

  v.

Lux Maintenance & Ren. Corp., et al.,

       Defendant(s)

-----------------------------------------------------------/

Civil Action No. 1:18-cv-03083

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
      S.S.
COUNTY OF NEW YORK)

**HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not party to this action.

That on the 18th day of April, 2018, at approximately the time of 4:09pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT IN DECLARATORY JUDGMENT AND CIVIL COVER SHEET** upon **MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES,** c/o MEMORIAL SLOAN KETTERING CANCER CENTER at 1275 York Avenue, New York, NY 10065 by personally delivering and leaving the same with **TATIANA DUVERNÉ,** who informed deponent that she holds the position of Legal Executive Assistant with that company and is authorized by appointment to receive service at that address.

**TATIANA DUVERNÉ** is a black female, approximately 35 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds with black hair and brown eyes.

*[signature]*
**HECTOR FIGUEROA, #0870141**

Sworn to before me this
20th day of April, 2018

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com