**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED SPECIALTY INSURANCE COMPANY,

          Plaintiff(s),                                            18-CV-03083
-against-                                                      AFFIDAVIT OF SERVICE

LUX MAINTENANCE & REN CORP., et al.,

          Defendant(s),
---------------------------------------------------X
STATE OF NEW YORK  )
                                  S.S.:
COUNTY OF ALBANY  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 20TH day of April, 2018, at approximately the time of 11:00A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served the SUMMONS IN A CIVIL ACTION AND COMPLAINT IN DECLARATORY JUDGMENT AND CIVIL COVER SHEET upon LUX MAINTENANCE & REN. CORPORATION, in this action, by delivering to and leaving with SUE ZOUKY agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        SUE ZOUKY is a white female, approximately 60 years of age, stands approximately 5 feet 0 inches tall, weighs approximately 100 pounds with brown hair.

DEBORAH LaPOINTE

Sworn to before me this
20TH day of April, 2018

NOTARY PUBLIC



FRANK J. PANUCCI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PA4721156
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 31, 20__

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com