USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/25/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>LUX MAINTENANCE & REN. CORP., CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL,<br><br>             Defendants. | Civil Action –<br>Complaint for Declaratory Judgment<br><br>Case No.: 1:18-cv-03083-ER<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

IT IS HEREBY STIPULATED, by and between the attorneys for the respective parties, that the time for the defendants, CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL, in which to answer or move is hereby extended for 21 days, until June 4, 2018.

IT IS FURTHER STIPULATED that defendants will not assert any jurisdictional defenses concerning service of process.

DATED: May 15, 2018

TANNENBAUM HALPERN SYRACUSE
& HIRSCHTRITT, LLP
Attorneys for Plaintiff

By: _____
Richard Trotter, Esq.
900 Third Avenue
New York, New York   10022
(212) 508-7542

STONBERG MORAN, LLP
Attorneys for Defendants
CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL

By: _____
Michael L. Stonberg, Esq.
505 Eighth Avenue, Suite 2302
New York, New York   10018
(212) 231-2220
Our File No.: NCS 30342

So-Ordered:

_____
Edgardo Ramos, U.S.D.J
Dated:  5/25/2018
New York, New York