IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>LUX MAINTENANCE & REN. CORP., CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL,<br><br>     Defendants. | Civil Action –<br>Complaint for Declaratory Judgment<br><br>Case No.: 1:18-cv-03083-ER<br><br>**Rule 7.1 Statement** |

Defendants, **CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL** ("defendants"), by and through their attorneys, Stonberg Moran, LLP, state pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that defendants are not publicly traded companies.

DATED: June 4, 2018

             STONBERG MORAN, LLP
             Attorneys for Defendants
             CORNELL UNIVERSITY, ROCKEFELLER
             UNIVERSITY, THE SOCIETY OF THE NEW YORK
             HOSPITAL, MEMORIAL HOSPITAL FOR
             CANCER AND ALLIED DISEASES, and
             MANHATTAN EYE EAR & THROAT HOSPITAL

          By: _____
             Michael L. Stonberg, Esq.
             505 Eighth Avenue, Suite 2302
             New York, New York  10018
             (212) 231-2220
             Our File No.: NCS 30342

TO:

TANNENBAUM HALPERN SYRACUSE & HIRSCHTRITT, LLP
Attorneys for Plaintiff
900 Third Avenue
New York, New York   10022
Attn: Richard Trotter, Esq.
(212) 508-7542