IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>LUX MAINTENANCE & REN. CORP., CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL,<br><br>                Defendants. | Civil Action –<br>Complaint for Declaratory Judgment<br><br>Case No.: 1:18-cv-03083-ER<br><br>**NOTICE FOR DISCOVERY AND INSPECTION** |

**PLEASE TAKE NOTICE**, that pursuant to the applicable provisions of the CPLR, defendants hereby demand that plaintiff produce for discovery, inspection and copying, the following documents in plaintiff's possession, custody, or control:

1.    A complete, certified copy of the policy of insurance issued by plaintiff to LUX MAINTENANCE & REN. CORP. that was in effect at the time of the underlying incidents.

**PLEASE TAKE FURTHER NOTICE**, that these demands are continuing in nature. If any responsive information is obtained after the date of this demand, it is to be immediately furnished to us. If you fail to comply, we shall rely on all sanctions provided by law.

DATED: June 4, 2018

        STONBERG MORAN, LLP
        Attorneys for Defendants
        CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL

By: _____
    Michael L. Stonberg, Esq.
    505 Eighth Avenue, Suite 2302
    New York, New York  10018
    (212) 231-2220
    Our File No.: NCS 30342

TO:

TANNENBAUM HALPERN SYRACUSE & HIRSCHTRITT, LLP
Attorneys for Plaintiff
900 Third Avenue
New York, New York  10022
Attn: Richard Trotter, Esq.
(212) 508-7542