# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED SPECIALTY INSURANCE COMPANY**, | : |
| **Plaintiff,** | : **Civil Action – Complaint for Declaratory Judgment** |
| v. | : |
| | : **No. 1:18-cv-03083-ER** |
| **LUX MAINTENANCE & REN. CORP., CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL** | : |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for United Specialty Insurance Company (a private non-governmental party) certifies that United Specialty Insurance Company is a wholly owned subsidiary of State National Companies, Inc., which in turn is wholly owned by Markel Corporation, which is a publicly owned and traded company on the New York Stock Exchange.

Dated:  June 12, 2018

New York, New York

                               **TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

                               By:      Richard W. Trotter
                                    Richard W. Trotter
                                    900 Third Avenue
                                    New York, New York 10022
                                    Telephone: (212) 508-6700
                                    Trotter@thsh.com
                                    *Attorneys for United Specialty Insurance Company*