UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED SPECIALTY INSURANCE COMPANY,

Plaintiffs

– against –

LUX MAINTENANCE & REN. CORP., CORNELL UNIVERSITY, ROCKEFELLER UNIVERSITY, THE SOCIETY OF THE NEW YORK HOSPITAL, MEMORIAL HOSPITAL FOR CANCER AND ALLIED DISEASES, and MANHATTAN EYE EAR & THROAT HOSPITAL,

Defendants.

**ORDER**

18 Civ. 3083 (ER)

Ramos, D.J.:

On April 6, 2018, United Specialty Insurance Company brought this action for declaratory judgment against Lux Maintenance & Ren. Corp. ("Lux"), Cornell University, Rockefeller University, The Society of the New York Hospital, Memorial Hospital for Cancer and Allied Diseases, and Manhattan Eye Ear & Throat Hospital ("Hospital Defendants"). Doc. 2. On November 20, 2019, the Court granted summary judgment to the Hospital Defendants. Doc. 59. On July 16, 2020, the Court granted in part the Hospital Defendants' request for attorney's fees. Doc. 68. On December 1, the Court ordered Plaintiff to show cause why the Court should not dismiss this action against Lux, the only remaining defendant who had neither appeared nor answered, for failure to prosecute. On December 14, Plaintiff confirmed that there are no further issues to adjudicate in this case and asserted that it did not oppose dismissal of the claims against Lux.

Accordingly, the Court dismisses the claims against Lux and respectfully directs the Clerk of Court to close the case.

It is SO ORDERED.

Dated:  December 15, 2020
        New York, New York

EDGARDO RAMOS, U.S.D.J.