USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED SPECIALTY INSURANCE COMPANY,
                      Plaintiff,

            -against-

LUX MAINTENANCE & REN. CORP., CORNELL
UNIVERSITY, ROCKEFELLER UNIVERSITY,
THE SOCIETY OF THE NEW YORK HOSPITAL,
MEMORIAL HOSPITAL FOR CANCER AND
ALLIED DISEASES, and MANHATTAN EYE
EAR & THROAT HOSPITAL,
                      Defendants.
-------------------------------------------------------------X

18 **CIVIL** 3083 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2020, judgment is entered in the amount of $9,989.00 to the Hospital Defendants.

**Dated:** New York, New York
         July 14, 2021

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**
                    **BY:**
                                      **Deputy Clerk**